IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PABLO HERNANDEZ GONZALES, | § | |
| TDCJ-CID NO. 1076456, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-686 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

ORDER OF DISMISSAL

For the reasons set out in the court's Opinion on Dismissal signed this date, this case is DISMISSED WITHOUT PREJUDICE.

The Clerk will enter this Order and provide all copies with a true copy.

SIGNED at Houston, Texas on this 18th day of October, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE